AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RASHAD MARQUISE BALLARD,

        Plaintiff,

v.

MS. JONES; CHAPLAIN FLYNN; GEORGIA DEPARTMENT OF CORRECTIONS; and CHAPLAIN HARRIS,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV523-019

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated May 31, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute. Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

May 31, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020